UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rodolfo Daniel GOMEZ GOMEZ,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>Jeremy CASEY, et al.,<br><br>　　　　　　　　　　Respondents. | Case No.: 25-cv-3674-AGS-AHG<br><br>**ORDER GRANTING HABEAS PETITION AND ORDERING BOND HEARING** |

　　Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner "is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 6, at 2.) The Court agrees. Accordingly, the habeas application is **GRANTED** and the motion for a temporary restraining order is **DENIED AS MOOT**.

　　All pending deadlines and hearings before this Court are vacated. Respondents must provide petitioner with a bond hearing before an immigration judge by **January 9, 2026**.

Dated:  December 30, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Andrew G. Schopler
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge