UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Rodolfo Daniel GOMEZ GOMEZ,

Petitioner,

v.

Jeremy Casey, et al.,

Respondents.

Case No.:  25-cv-3674-AGS-AHG

**ORDER GRANTING IN PART MOTION FOR ATTORNEYS' FEES (ECF 9)**

Petitioner seeks attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2414(d). (*See* ECF 9.) The EAJA mandates that a court shall "award to a prevailing party" "fees and expenses incurred in a civil action brought by or against the United States, unless the government shows that its position was substantially justified or that special circumstances make an award unjust." 28 U.S.C. § 2412(d)(1)(A).

Respondents filed no opposition. It is within the court's "discretion to determine that the government's lack of timely opposition is tantamount to a concession that its position in the litigation was not substantially justified." *Gwaduri v. I.N.S.*, 362 F.3d 1144, 1146 (9th Cir. 2004). The Court concludes that the unopposed number of hours listed—just under 20 for all staff—is reasonable. (*See* ECF 9-1, at 4–5.)  And the proposed billing rate for the attorneys is the Ninth Circuit's 2025 EAJA cap, so the Court also finds the rate is reasonable. *See* Statutory Maximum Rates Under the EAJA, U.S. Courts for the Ninth Circuit,  https://www.ca9.uscourts.gov/attorneys/statutory-maximum-rates/  (last visited May 26, 2026) (listing the 2025 maximum rate as "$258.46"); (*see also* ECF 9-1, at 5 (requesting "258.46" as the attorneys' hourly rate)).

Plaintiff's motion for attorney's fees under the EAJA is granted in the amount of **$5,098.97**. The pending motion hearing is vacated.

1

25-cv-3674-AGS-AHG

Dated:  June 23, 2026

Hon. Andrew G. Schopler
United States District Judge

2